UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN PABLO GARCIA VASQUEZ, et al.,

    Plaintiffs,

v.

    Case No. 1:21-cv-975

MEDRANO USA, INC., et al.,

    HON. JANE M. BECKERING

    Defendants.
_____/

## ORDER

This matter is before the Court on the parties' Proposed Stipulated Order to stay this case pending private mediation (ECF No. 56). The Court, having reviewed the filing, grants the Proposed Stipulated Order as follows:

**IT IS HEREBY ORDERED** that this case is stayed until June 12, 2023 to allow the parties to engage in private mediation.

**IT IS FURTHER ORDERED** that the April 14, 2023 settlement conference before Magistrate Judge Ray Kent is CANCELLED.

**IT IS FURTHER ORDERED** that the parties shall, not later than June 19, 2023, file a joint notice indicating that the parties:

1) have reached a resolution of this case, and dismissal papers are forthcoming;

2) request additional time to explore resolution of this case, including a detailed explanation of their efforts thus far and how much additional time is necessary to conclude the process; or

3) were unable to reach a resolution of this case and additional proceedings are necessary, including a proposed 28-day deadline to complete discovery and a proposed deadline to file dispositive motions, and addressing whether a settlement conference should be conducted before or after a decision on any dispositive motions.

Dated: March 13, 2023                                                   /s/ Jane M. Beckering
                                                                                   JANE M. BECKERING
                                                                                   United States District Judge