# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Juan Pablo Garcia Vasquez, et al.,**   Case No. 1:21-cv-00975

    **Plaintiffs,**   Hon. Ray Kent

vs.

**Medrano USA, Inc., et al.,**

    **Defendants.**

---

| | |
|---|---|
| **Avanti Law Group, PLLC** | Stephen H. Dodd (0030620) |
| Robert Anthony Alvarez (P66954) | Attorney for Defendants |
| Attorney for Plaintiffs | 5650 Blazer Parkway |
| 600 28th St. SW | Dublin, OH 43017 |
| Wyoming, MI  49509 | (614) 223-1300 |
| (616) 257-6807 | sdodd@stevedoddlaw.com |
| ralvarez@avantilaw.com | |

## STIPULATION AND ORDER

The Parties, by and through their respective counsel, hereby stipulate to the addition of Edvin Gonzalez as a party Plaintiff. Mr. Gonzalez has been an active participant in the litigation including responding to discovery requests and has been included in the settlement discussions between the parties but was inadvertently not included as a party Plaintiff. The parties agree to his inclusion in order to facilitate ongoing settlement negotiations and avoid the need for the filing of a separate complaint for Mr. Gonzalez' outstanding claims.

    **IT IS SO STIPULATED.**

Date: September 24, 2024   */s/ Robert Anthony Alvarez*
    Avanti Law Group, PLLC
    Robert Anthony Alvarez (P66954)

                                            Attorney for Plaintiffs

Date:September 24, 2024                           */s/Stephen H. Dodd*
                                                              Stephen H. Dodd (0030620)
                                                                Attorney for Defendants

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**Juan Pablo Garcia Vasquez, et al.,**  Case No. 1:21-cv-00975

    **Plaintiffs,**  Hon. Ray Kent

vs.

**Medrano USA, Inc., et al.,**

    **Defendants.**

| | |
|---|---|
| **Avanti Law Group, PLLC** | Stephen H. Dodd (0030620) |
| Robert Anthony Alvarez (P66954) | Attorney for Defendants |
| Attorney for Plaintiffs | 900 Michigan Ave. |
| 600 28th St. SW | Columbus, OH 43215 |
| Wyoming, MI  49509 | (614) 223-1300 |
| (616) 257-6807 | sdodd@stevedoddlaw.com |
| ralvarez@avantilaw.com | |

## ORDER

This matter having come before the court on the Parties' Stipulation to permit Edvin Gonzalez to join this lawsuit as a party Plaintiff.

IT IS HEREBY ORDERED that the Plaintiffs are granted leave to permit Edvin Gonzalez to file his consent to join in this action as a party Plaintiff.

**IT IS SO ORDERED.**

Date: 9/25/2024

/s/ Ray Kent
United States Magistrate Judge